996 A.2d 453

IN THE MATTER OF EDWARD A. MAC DUFFIE,
JR., AN ATTORNEY AT LAW.

June 30, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09-362, concluding that **EDWARD A. MAC DUFFIE, JR.,** of **LAVELLETTE,** who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client trust funds), *RPC* 1.15(d) and *Rule* 1:21-6 (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit quarterly reconciliations of his attorney accounts to the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **EDWARD A. MAC DUFFIE, JR.,** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly reconciliations of his attorney accounts for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.